UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC., | : |
| Plaintiff, | : Civil Action No. _____ |
| v. | : JURY TRIAL DEMANDED |
| FRUIT OF THE EARTH, INC., | : |
| Defendant. | : |

RULE 7.1(a) CERTIFICATION

The undersigned, counsel of record for plaintiff Schering-Plough Healthcare Products, Inc., hereby certifies pursuant to FRCP 7.1(a) that Schering-Plough Healthcare Products, Inc. is a wholly owned subsidiary of Schering-Plough Corporation, a publicly held company.

REED SMITH LLP

_David E. Wilks_
David E. Wilks (Del. Bar #2793)
Tracy Zurzolo Quinn
Emily Bab Kirsch
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575

*Attorneys for Plaintiff*

Dated: May 9, 2008