AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following ☐ Patents or  X Trademarks:

| DOCKET NO.<br>08cv277 | DATE FILED<br>5/9/08 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Schering-Plough Healthcare Products, Inc. | | DEFENDANT<br><br>Fruit of the Earth, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,230,833 | 3/9/99 | Schering-Plough Healthcare Products, Inc. |
| 2 | 3,061,444 | 2/28/06 | Schering-Plough Healthcare Products, Inc. |
| 3 | 3,326,150 | 10/30/07 | Schering-Plough Healthcare Products, Inc. |
| 4 | 2,815,419 | 2/17/04 | Schering-Plough Healthcare Products, Inc. |
| 5 | 2,662,273 | 12/17/02 | Schering-Plough Healthcare Products, Inc. |
| | 2,645,534 | 11/5/02 | Schering-Plough Healthcare Products, Inc. |
| | 3,030,970 | 12/20/05 | Schering-Plough Healthcare Products, Inc. |
| | 2,815,418 | 2/17/04 | Schering-Plough Healthcare Products, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

✎ AO 120 (Rev. 3/04)

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | | 5/12/08 |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

Case 1:08-cv-00277-JJF    Document 4    Filed 05/12/2008    Page 2 of 2

✎ AO 120 (Rev. 3/04)

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | | 5/12/08 |