AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| Schering-Plough HealthCare Products, Inc. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 08-277 |
| Fruit of the Earth, Inc. ) | |
| Defendant ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Fruit of the Earth, Inc.
3101 High River Road
Fort Worth, Texas 76155

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David E. Wilks
Reed Smith, LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO
Name of clerk of court

Date: 5/12/08

E. Stuckle
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**IN THE**
**U.S. DISTRICT COURT,**

| | | |
|---|---|---|
| Schering-Plough Healthcare Products, Inc. | § | CAUSE NO: **08-277** |
| Plaintiff / Petitioner | § | |
| | § | AFFIDAVIT OF SERVICE OF: |
| vs. | § | **Summons and Verified Complaint** |
| Fruit of the Earth, Inc. | § | |
| | § | |
| Defedant / Respondent | § | |

Came to hand on the 12th day of May 2008 A.D. at 1:00 pm to be executed on: **Fruit of the Earth Inc at 3101 High River Road, Fort Worth, Texas 76155**

I, Blake Nichols, being duly sworn, depose and say that on May 13th, 2008 at 1:05 pm, I:

**Corporate Service**, by serving the Registered Agent or Managing Agent, **Lenard Shiplay**, with a true copy of this **Summons and Verified Complaint** with the date and hour endorsed thereon by me, pursuant to State Statutes. The distance acctually traveled by me in serving such process was 19.20 mile(s).

I certify that I am over the age of eighteen, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to be on the 16 day of May, 2008 by the affiant who is personally known to me.

_Nadia G Loza_
Notary Public ( Printed Name )

_[signature]_
Notary Public ( Signature )

_Blake Nichols_
Blake Nichols (Printed Name)

_[signature]_
Blake Nichols (Signature)

All American Civil Process
835 E. Lamar Blvd., Suite 405
Arlington, Texas 76011
(817) 545-8719
Reference ID: 08E12-210520-01NTX

Copyright © 2007 All American Civil Process



NADIA G. LOZA
Notary Public, State of Texas
My Commission Expires
December 21, 2009