IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRUIT OF THE EARTH, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) C.A. No. 08-277-JJF |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action shall be extended to June 12, 2008.

REED SMITH LLP

By: /s/ David E. Wilks
David E. Wilks (#2793)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Tel: (302) 778-7500
dwilks@reedsmith.com

*Attorneys for Plaintiff*
*Schering-Plough HealthCare Products, Inc.*

POTTER ANDERSON & CORROON LLP

By: /s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*Fruit of the Earth, Inc.*

SO ORDERED, this 4 day of June, 2008.

_____
Joseph J. Farnan
Judge

867209 / 33092