**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 08-277-JJF |
| v. | ) ) | |
| FRUIT OF THE EARTH, INC., | ) ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that

Defendant's time to answer, move or otherwise respond to the Complaint in this action shall be

extended to June 26, 2008.

REED SMITH LLP                               POTTER ANDERSON & CORROON LLP

By:  */s/ Thad J. Bracegirdle*                     By: */s/ David E. Moore*
    David E. Wilks (#2793)                          Richard L. Horwitz (#2246)
    Thad J. Bracegirdle (#3691)                    David E. Moore (#3983)
    1201 North Market Street , Suite 1500          Hercules Plaza, 6th Floor
    Wilmington, DE 19801                           1313 N. Market Street
    Tel:  (302) 778-7500                           Wilmington, Delaware  19801
    dwilks@reedsmith.com                           Tel:  (302) 984-6000
    tbracegirdle@reedsmith.com                     rhorwitz@potteranderson.com
                                                   dmoore@potteranderson.com

*Attorneys for Plaintiff*
*Schering-Plough HealthCare Products, Inc.*        *Attorneys for Defendant*
                                                   *Fruit of the Earth, Inc.*

SO ORDERED, this _____ day of _____, 2008.

_____
Judge

869084 / 33092