IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRUIT OF THE EARTH, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )  C.A. No. 08-277-JJF <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action shall be further extended to September 12, 2008.

| REED SMITH LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By:  /s/ David E. Wilks <br> David E. Wilks (#2793) <br> 1201 North Market Street, Suite 1500 <br> Wilmington, DE 19801 <br> Tel: (302) 778-7500 <br> dwilks@reedsmith.com <br><br> *Attorneys for Plaintiff* <br> *Schering-Plough HealthCare Products, Inc.* | By:  /s/ David E. Moore <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, Delaware 19801 <br> Tel: (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com <br><br> *Attorneys for Defendant* <br> *Fruit of the Earth, Inc.* |

SO ORDERED, this _____ day of _____, 2008.

_____
Judge

880331 / 33092